## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>ANGELA YESSENIA BANDA (1),<br>KLOE ELIZABETH PRESTON (2) and,<br>JANNA ELIZABETH BURNS (3)<br><br>               Defendants. | Case No. **25CR1000-WQH**<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony); Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
|---|---|

The Acting United States Attorney charges:

On or about March 7, 2025, within the Southern District of California, defendants ANGELA YESSENIA BANDA, KLOE ELIZABETH PRESTON, and JANNA ELIZABETH BURNS did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 3/19/2025.

                                      ANDREW R. HADEN
                                      Acting United States Attorney

                                      *Parker A. Gardner-Erickson*

                                      PARKER GARDNER-ERICKSON
                                      Assistant U.S. Attorney

PAG:vr:3/19/2025